UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:13-cr-417-T-30AEP

MICHAEL T. RIVERS

### **PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a Preliminary Order of Forfeiture (Doc. 26) for the following:

    a. a Keltec CNC Industries Inc., Model PF-9, 9 caliber pistol, serial number SAF78;

    b. a Taurus International, Model PT24/7 Pro, 45 caliber pistol, serial number NCT25119;

    c. 3 rounds of PMC 45 caliber ammunition;

    d. 4 rounds of Federal 45 caliber ammunition; and

    e. 7 rounds of unknown 380 caliber ammunition.

Being fully advised of the relevant facts, the Court hereby finds that the firearms and ammunition were involved in the offense to which the defendant pled guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 26) is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the firearms and ammunition identified above are hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that this order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

DONE and ORDERED in Tampa, Florida, this 12th day of December, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2013\13-cr-417 Michael Rivers.docx